EXHIBIT A

HCHD 6490

RECEIVED MAY 18 2009
BP

5/16/09

Display of Unprofessionalism & Name Calling by Ms Carter

Ms Carter has been very angry today since she realized that she'll be pulled to 6A Ben Taub tomorrow and she was looking for an outlet to vent it.

Earlier in the shift, my patient in Rm 450B called for some assistance — had Bowel movement, realizing that Ms Dorothy was assisting Rm 448B, I went & cleaned him, collected stool sample as per order. I should likewise expect Ms Carter to do so with her patient when the CNA's are tied-up. But that was not the case.

Around 12noon, patient in Rm 412B called for some assistance and Ms Carter answered the light, I was at the extreme end of the hallway, sitting & doing my charting. Ms Carter walked to the patient's door, stood there shouted my name in an angry, rebuking tone "Ms Edith you heard the light and it has been going off for some minutes, she looked @ her watch, why couldn't you answer it" In . . , Ms Carter you're at the patient's door

what prevents you from going in and helping her. She stormed into patient's room and in few minutes came out, and called me from that distance for a talk.

I ignored her because I didn't appreciate her unprofessional, rude method of approach. She has not finished with me, she walked to me and continued from where she left, " you're the Charge Nurse, you're suppose to take care of the Unit - then she use the "B" word "Bitch".

It shocked me and in a choking voice I said what? She said " you heard me - whatever with her body language & gesture, I could see a lot of Animosity in her and she drew even closer to me invading my space and all this time I remained seated. I don't know what her next action was gonna be, but I was not ready to get to her level or worse loose my job over her.

I told her - you've insulted me in the past @ the Nurse's Station and I reported to Ms Anglin & Ms Celeste but you got away with it. I promise you I'll follow chain of Command.

HCHD 6491

She stood there for few minutes and walked off.

Please I will like this matter to be investigated. I don't want Ms Carter to like you but we should have respect for each other @ work-place. Name calling should be avoided.

N.B. Plse check the camera by [illegible] on that day.

Sincerely,

Edith Ihegword.