IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH IHEGWORD, | § | |
| Plaintiff, | § | |
| v. | § | |
| HARRIS COUNTY HOSPITAL DISTRICT d/b/a BEN TAUB GENERAL HOSPITAL d/b/a LYNDON BAINES JOHNSON GENERAL HOSPITAL d/b/a QUENTIN MEASE COMMUNITY HOSPITAL d/b/a VARIOUS COMMUNITY HEALTH CENTERS, | § | CIVIL ACTION NO. H-10-5180 |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 7th day of March, 2013.

SIM LAKE
UNITED STATES DISTRICT JUDGE