IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDITH IHEGWORD, § <br> HENRIETTA NLEMCHI AND ALL § <br> OTHERS SIMILARLY SITUATED § <br>    Plaintiffs, § <br> § <br> v. § <br> § <br> HARRIS COUNTY HOSPITAL § <br> DISTRICT D/B/A BEN TAUB § <br> GENERAL HOSPITAL D/B/A LYNDON § <br> BAINES JOHNSON GENERAL § <br> HOSPITAL D/B/A QUENTIN MEESE § <br> COMMUNITY HOSPITAL D/B/A § <br> VARIOUS COMMUNITY HEALTH § <br> CENTERS § <br>    Defendants. § | CIVIL ACTION NO. H:10-05180 <br><br><br><br> JURY DEMANDED |

## **PLAINTIFF EDITH IHEGWORD'S NOTICE OF APPEAL**

Notice is hereby given that Edith Ihegword, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Doc. # 69) entered in this action on the 7th day of March, 2013, and from the following orders:

- Memorandum Opinion and Order dated March 7, 2013, granting the summary judgment motion of Harris County Hospital District d/b/a Ben Taub General Hospital d/b/a Lyndon Baines Johnson General Hospital d/b/a Quentin Mease Community Hospital d/b/a Various Community Health Centers.

Respectfully submitted,

CLINE | AHMAD

By:   /s/ Nasim Ahmad
Nasim Ahmad
State Bar No. 2401418
Delana G. Cline
State Bar No. 24009960
21 Waterway, Suite 300
The Woodlands, Texas 77380
Telephone: (281) 362-2801
Telecopier: (281) 864-4379

ATTORNEYS FOR PLAINTIFF
EDITH IHEGWORD

## NOTICE OF ELECTRONIC FILING

I, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Filing Systems of the U.S. District Court for the Southern District of Texas, on this the 5th day of April, 2013.

/s/ Nasim Ahmad
Nasim Ahmad

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded by the efile system to all counsel of record on this the 5th day of April, 2013, as follows:

Matthew T. Deffebach
Meghaan McElroy
Haynes and Boone
2100 One Houston Center
1221 McKinney Street
Houston, Texas 77010

/s/ Nasim Ahmad
Nasim Ahmad